# EXHIBIT A

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

Robert Auty
1665 Lakes Parkway, ste 114
Lawrenceville, GA 30043
**Plaintiff(s) Name, Address**

Vs

Mercantile Adjustment Bureau, LLC
6390 Main Street
Williamsville, NY 14221

**Defendant(s) Name, Address & Daytime Telephone #, if known; Or evening #.**

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770- 822-8100, Ext Civil Div.)

Civil Action No ____08M34060____

## STATEMENT OF CLAIM

INFO & FORMS ON INTERNET, www.gwinnettcourts.com
E-Mail: mag@gwinnettcounty.com

**LONG ARM STATUTE**

[ ] Suit on Note  [ ] Suit on Account  [✓] Other __tort, FDCPA-FCRA__

1. The Court has jurisdiction over the defendant(s) [ ] the Defendant(s) is a resident of Gwinnett County; [✓] Other (please specify)
__Long Arm Statute__

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasons and notice of the basis for each claim contained in the Statement of Claim):
__(See Attached Complaint)__

3. That said claim is in the amount of $ __15,000.__ , principal $ ____ , interest, plus ____
costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:
__William P. Oliver__ being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this
__27__ day of __Oct__ 20__08__

Notary Public/Attesting Official

Plaintiff(s) or Agent
Attorney at Law
(If Agent-Title or Capacity)
(770) 295-0175
Day Time Phone Number

I request a civil trial [ ] during normal business hours —OR— [✓] 6:30 p.m. Trial    ALL CONFLICTS WILL BE SET FOR 6:30 p.m. Trials

### NOTICE AND SUMMONS

TO: All Defendant(s) You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA [30045-6935], at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

This __27__ day of __Oct__ , 20__08__  _____
Magistrate or Deputy Clerk of Court
See Instructions on Reverse Side of this Document

**COPY**

# IN THE MAGISTRATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ROBERT AUTRY, ) | |
| PLAINTIFF, ) | |
| ) | |
| -versus- ) | CIVIL ACTION FILE NO: |
| ) | 08M 34060 |
| MERCANTILE ADJUSTMENT ) | |
| BUREAU, LLC, ) | |
| DEFENDANT. ) | |

FILED IN OFFICE
CLERK MAGISTRATE COURT
GWINNETT COUNTY GA
2008 OCT 27 PM 1:40
TOM LAWLER, CLERK

## COMPLAINT

COMES NOW the plaintiff in the above styled action, who hereby sets forth his complaint for damages by stating and alleging as follows:

7   The defendant, MERCANTILE ADJUSTMENT BUREAU, LLC, is a foreign limited liability company, is subject to the jurisdiction and venue of this court pursuant to O C G A 9-10-91, maintains no registered agent and office within the State of Georgia, and, therefore, may be served with process and summons by certified mail pursuant to O C G A 14-11-1108

8   The defendant has misrepresented the amount, legal status and character of debts claimed to be owed by the plaintiff to third parties, thereby causing damages to the plaintiff and causing the plaintiff to incur attorney's fees in an aggregate amount claimed to be less than $15,000 00

WHEREFORE, the plaintiff requests that he be awarded his damages and attorney's fees and costs of litigation in amount not to exceed $15,000 00

This ___ day of September, 2008

Respectfully submitted,

_____
William R. Carlisle
Attorney for Defendant
State Bar No : 110382

**CARLISLE LAW FIRM**
1665 Lakes Parkway
Suite 114
Lawrenceville, Georgia 30043
Phone (770) 295 0175