# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT AUTRY,<br> Plaintiff,<br><br>v.<br><br>MERCANTILE ADJUSTMENT<br>BUREAU, LLC,<br> Defendant, | )<br>)<br>)<br>) Civil Action No<br>)<br>)<br>)<br>) |

## DECLARATION OF EVE MCCLURG

COMES NOW Eve McClurg and, in accordance with 28 U.S.C. § 1746, hereby declares as follows:

1.

My name is Eve McClurg, Esq. I am a female, over twenty-one (21) years of age, of sound mind, and fully competent and duly authorized to make this Declaration. I understand that this Declaration is to be used in connection with the above-referenced litigation, and I give it freely. All of the facts contained in this Declaration are based on my personal knowledge.

2

I am in house counsel (Vice President of Legal and Compliance) for Mercantile Adjustment Bureau, LLC ("Mercantile").

3

The main office for Mercantile Adjustment Bureau, LLC, is located at 6390 Main Street, Suite 160, Williamsville, NY 14221

4

Mercantile was served with Plaintiff Robert Autry's Summons, Complaint, and Statement of Claim in the above-referenced litigation via registered mail on or about November 12, 2008.

I declare under penalty of perjury that the foregoing is true and correct Executed on this 9 day of December, 2008

_____
Eve McClurg

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 1 0 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT AUTRY,<br>    Plaintiff,<br><br>v.<br><br>MERCANTILE ADJUSTMENT<br>BUREAU, LLC,<br>    Defendant, | )<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>) **1 08-CV-3730**<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of NOTICE OF REMOVAL has been served by first class U.S. Mail, postage prepaid, to the following individuals:

William R. Carlisle
Counsel for Plaintiff
Carlisle Law Firm
1665 Lakes Parkway
Suite 114
Lawrenceville, GA 30043

Respectfully submitted, this 10th day of December, 2008.

John C. Stivarius
Georgia Bar No. 682599
stivarius@elarbeethompson.com

Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree Street, NE
Atlanta, Georgia 30303
Telephone: (404) 659-6700
Facsimile: (404) 222-9718

Counsel for Defendant Mercantile